```
 1  DOUGLAS K. deVRIES (SB#70633)
    deVRIES LAW FIRM
 2  1792 Tribute Road, Suite 480
    Sacramento, CA  95815
 3  Tel:    916/473-4343
    Fax:    916/473-4342
 4

 5  ROBERT K. SCOTT  (SB#67466)
    LAW OFFICES OF ROBERT K. SCOTT
 6  7700 Irvine Center Drive, Suite 605
    Irvine, CA 92618
 7  Tel:    949/753-4950
    Fax:    949/753-4949
 8
    Attorneys for Plaintiff
 9

10
    THOMAS M. HERLIHY (SBN 83615)
11  SEAN P. NALTY (SBN 121253)
    KELLY, HERLIHY & KLEIN LLP
12  44 Montgomery Street, Suite 2500
    San Francisco, CA  94104
13  Telephone:  (415) 951-0535
    Facsimile: (415) 391-7808
14
    Attorneys for Defendants
15  THE GUARDIAN LIFE INSURANCE
    COMPANY OF AMERICA and
16  BERKSHIRE LIFE INSURANCE
    COMPANY OF AMERICA
17
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. BROOKS BLOOMFIELD, | No.  CIV.S-04-1080 DFL DAD |
| Plaintiff, | **STIPULATION OF DISMISSAL; ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | _____ |
| BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

*Stipulation of Dismissal; Order of Dismissal with Prejudice*          1

1    Plaintiff R. Brooks Bloomfield ("plaintiff") and defendants Berkshire Life Insurance Company of America and The Guardian Life Insurance Company of America ("defendants") have settled this matter. Accordingly, plaintiff through his counsel of record Douglas K. deVries, deVries Law Firm, and defendants, through their counsel of record Sean P. Nalty, Kelly, Herlihy & Klein, hereby stipulate, as follows: This matter, having been settled, shall be dismissed with prejudice and in its entirety as to all parties and all claims for relief.

Dated: October 3, 2005

deVRIES LAW FIRM
LAW OFFICE OF ROBERT K. SCOTT

By: /s/ Douglas K. deVries
    DOUGLAS K. deVRIES
    Attorney for Plaintiff

Dated: October 3, 2005

KELLY, HERLIHY & KLEIN LLP

By: /s/ Sean P. Nalty
    Sean P. Nalty
    Attorney for Defendant
    THE GUARDIAN LIFE INSURANCE
    COMPANY OF AMERICA and
    BERKSHIRE LIFE INSURANCE
    COMPANY OF AMERICA

## ORDER

Based on the stipulation of the parties set forth above, this matter is dismissed with prejudice and in its entirety as to all parties and all claims for relief.

**IT IS SO ORDERED.**

Dated: October 7, 2005

DAVID F. LEVI
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28